IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cv-01658-MSK-BNB | Date: | June 25, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A401 |

| *Parties* | *Attorney(s)* |
|---|---|
| GASCO ENERGY, INC **Plaintiff(s)** | *Mark S. Barron* |
| v. | |
| ENVIRONMENTAL PROTECTION AGENCY **Defendant(s)** | *Alan D. Greenberg* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 8:26 a.m.

Appearance of counsel.

Argument presented on [14] Motion for Modification of Case Management Plan and for Setting a Scheduling Conference.

**ORDERED:** **[14] Motion for Modification of Case Management Plan and for Setting a Scheduling Conference is GRANTED.**

**Scheduling Conference set for August 8, 2013, at 9:30 a.m. before Magistrate Judge Boland, proposed scheduling order due by August 1, 2013.**

Discussion held on administrative record part of the case and potential intervention of additional party.

Court in Recess: 9:09 a.m.     Hearing concluded.     Total time in Court: 00:43

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119