IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01658-MSK-BNB

GASCO ENERGY, INC.,

Plaintiff,

v.

ENVIRONMENTAL PROTECTION AGENCY,

Defendant.

--------------------------------------------------------

UNITED STATES OF AMERICA,

Counterclaim Plaintiff,

v.

GASCO ENERGY, INC.,

Counterclaim Defendant.

_____

**ORDER**
_____

This matter arises on the **United States' Motion for Modification of Case Management Plan and for Setting a Scheduling Conference** [Doc. # 14] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion [Doc. # 14] is GRANTED; and

(2)     A scheduling conference is set for **August 8, 2013, at 9:30 a.m.**, in Courtroom

401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall conduct a Rule 26(f) conference and make their Rule 26(a)(1) disclosures on or before **July 19, 2013**.  The parties shall prepare a proposed scheduling order and submit it to the court on or before **August 1, 2013**.

      Dated June 25, 2013.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge