IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cv-01658-MSK-BNB | Date: | September 4, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| GASCO ENERGY, INC | Mark S. Barron |
| **Plaintiff(s)** | |
| v. | |
| ENVIRONMENTAL PROTECTION AGENCY | Alan D. Greenberg |
| **Defendant(s)** | |
| SOUTHERN UTAH WILDERNESS ALLIANCE | Sarah Bryant |
| | Kevin J. Lynch |
| | Emily Murphy |
| **Intervenor Defendant(s)** | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session:  2:57 p.m.

Appearance of counsel.

Argument presented on [33] Motion to Intervene by Southern Utah Wilderness Alliance.

For reasons stated on the record, it is

**ORDERED:   [33] Motion to Intervene by Southern Utah Wilderness Alliance is GRANTED.  Answer and Counterclaims are to be accepted for filing by the Clerk of Court.**

Court in Recess:  3:27 p.m.    Hearing concluded.    Total time in Court:  00:30

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119