IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01658-MSK-BNB

GASCO ENERGY, INC.,

Plaintiff,

v.

ENVIRONMENTAL PROTECTION AGENCY,

Defendant.

---------------------------------------------------------

UNITED STATES OF AMERICA,

Counterclaim Plaintiff,

v.

GASCO ENERGY, INC.,

Counterclaim Defendant.

_____

## ORDER
_____

This matter arises on the **Motion to Intervene By Southern Utah Wilderness Alliance**

[Doc. # 33, filed 7/19/2013] (the "Motion to Intervene").  I held a hearing on the Motion to

Intervene this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Intervene [Doc. # 33] is GRANTED; and

(2)     The Clerk of the Court is directed to accept for filing the Answer and

Counterclaims In Intervention By Southern Utah Wilderness Alliance [Doc. # 33-2].

Dated September 4, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge